# Court of Appeals
# of the State of Georgia

ATLANTA,  November 09, 2021

*The Court of Appeals hereby passes the following order:*

**A22I0061. BRUCE G. BORN et al. v. L. SCOTT BORN et al.**

In this application for interlocutory appeal, the applicants seek review of a trial court order that is the subject of direct appeal in Case No. A22A0417, *L. Scott Born et al. v. Bruce G. Born et al.* As part of their response to that appeal, the applicants will be able to raise their challenges to the trial court's summary judgment order. See *Ga. Soc'y of Plastic Surgeons v. Anderson*, 257 Ga. 710, 711 (363 SE2d 140) (1987) ("[A] ruling that becomes material to an enumeration of error urged by an appellant may be considered by the appellate court without the necessity of a cross-appeal."). Accordingly, the instant application is hereby DENIED as superfluous.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  11/09/2021*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*